JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| VIZIO, INC., a California corporation,<br><br>    Plaintiff,<br><br>v.<br><br>TYMPHANY HK LTD., a corporation organized under the laws of Hong Kong; AND DOES 1-20, inclusive,<br><br>    Defendants. | Case No.: 8:19-cv-01326-JLS-KES<br><br>Assigned to the Honorable Judge Josephine L. Staton<br><br>**ORDER GRANTING STIPULATION RE DISMISSAL**<br><br>Filing Date: July 3, 2019 |

1 | Based on the Stipulation of counsel, and pursuant to Federal Rule of Civil
2 | Procedure 41(a)(1)(A)(ii), the case is dismissed in its entirety with prejudice, each party
3 | to bear its own attorney fees and costs.
4 | **IT IS SO ORDERED.**
5 | DATED: June 09, 2020

Honorable Judge Josephine L. Staton
United States District Judge

LEGAL02/39720391v1